## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| **STRAGENT, LLC and SEESAW FOUNDATION,** § § § §  **Plaintiffs,** § § **v.** § § § **CLASSMATES ONLINE, INC.,** *et al.*, § § **Defendants.** § | **Civil Action No. 6:10-CV-242-LED** **JURY TRIAL DEMANDED** |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TWITTER, INC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Stragent, LLC and SeeSaw Foundation file this notice of voluntary dismissal, without prejudice, of their action against Defendant Twitter, Inc. ("Twitter") only. To date, Twitter has not served an answer to Plaintiffs' Original or First Amended Complaint for Patent Infringement or a motion for summary judgment.

Plaintiffs Stragent, LLC and SeeSaw Foundation and Defendant Twitter, Inc. will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

Respectfully submitted,

_____
Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Adam A. Biggs
Texas Bar No. 24051753
aab@emafirm.com
Debra Coleman
Texas Bar No. 24059595
drc@emafirm.com
Matthew C. Harris
Texas Bar No. 24059904
mch@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Thomas John Ward, Jr.
Texas Bar No. 00794818
jw@jwfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Danny L. Williams
Texas Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas Bar No. 01150025
mike@wmalaw.com
Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas Bar No. 24034398
ccravey@wmalaw.com

2

>Matthew R. Rodgers
>Texas Bar No. 24041802
>mrodgers@wmalaw.com
>Michael A. Benefield
>Indiana Bar No. 24560-49
>mbenefield@wmalaw.com
>David Morehan
>Texas Bar No. 24065790
>dmorehan@wmalaw.com
>WILLIAMS, MORGAN & AMERSON, P.C.
>10333 Richmond, Suite 1100
>Houston, Texas 77042
>Telephone: (713) 934-7000
>Facsimile: (713) 934-7011
>
>***Attorneys for Stragent, LLC and***
>***SeeSaw Foundation***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 4th day of September 2010.

_____
Eric M. Albritton