IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:10-CV-242-LED-JDL |
| v. | § § | |
| **CLASSMATES ONLINE, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| **Defendants.** | § § | |

### PLAINTIFFS' UNOPPOSED MOTION TO STAY ALL DEADLINES AND PROCEEDINGS

NOW COME Plaintiffs Stragent, LLC and SeeSaw Foundation and respectfully move the Court to stay all deadlines and proceedings in this matter, including but not limited to the parties' January 25, 2011 deadline to file agreed docket control and discovery orders, Plaintiffs' January 31, 2011 deadline to comply with P.R. 3-1 and 3-2, and the February 15, 2011 status conference. In support of their motion, Plaintiffs would show the Court the following:

The parties have reached agreement in principal to settle all disputes in this matter. Plaintiffs therefore request that the Court postpone all deadlines and proceedings for at least thirty (30) days so that the parties may finalize formal settlement documents and file joint motions to dismiss.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court stay all deadlines and postpone all proceedings in this matter, and for all other relief to which they are justly entitled.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Debra Coleman
Texas Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Thomas John Ward, Jr.
Texas Bar No. 00794818
jw@jwfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Danny L. Williams
Texas Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas Bar No. 01150025
mike@wmalaw.com
Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Indiana Bar No. 24560-49
mbenefield@wmalaw.com

2

        David Morehan
        Texas Bar No. 24065790
        dmorehan@wmalaw.com
        WILLIAMS, MORGAN & AMERSON, P.C.
        10333 Richmond, Suite 1100
        Houston, Texas 77042
        Telephone: (713) 934-7000
        Facsimile: (713) 934-7011

        *Attorneys for Stragent, LLC*
        *and SeeSaw Foundation*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 25th day of January 2011.

                                          */s/ Eric M. Albritton*
                                          Eric M. Albritton