IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **STRAGENT, LLC, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | No. 6:10cv242 LED-JDL |
| § | |
| **CLASSMATES ONLINE,** § | |
| **INC., et al.** § | **JURY TRIAL DEMANDED** |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Pursuant to the dismissal of all Defendants, the Court hereby enters Final Judgment. Plaintiff Stragent, LLC filed its Complaint against thirteen (13) defendants on May 6, 2010. Since that time, all defendants have been dismissed: Classmates Online, Inc. (Doc. No. 102),Classmates Media Corporation (Doc. No. 90), United Online, Inc. (Doc. No. 90), Gannett Co., Inc. (Doc. No. 99), Linden Research, Inc. (Doc. No. 52), Meebo, Inc. (Doc. No. 45), MTV Networks (Doc. No. 120), Viacom Inc. (Doc. No. 120), MyLife.com, Inc. (Doc. No. 74), MySpace, Inc. (Doc. No. 119), Novell, Inc. (Doc. No. 19), Plaxo, Inc. (Doc. No. 89), and Twitter, Inc.  (Doc. No. 44).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 14th day of March, 2011.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**